**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Steven Snyder and Karleen Snyder, | : |
| | : Civil Action No.: 4:14-cv-40132-DHH |
| Plaintiffs, | : |
| v. | : |
| | : |
| CMRE Financial Services, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against CMRE Financial Services, Inc. with prejudice and without costs to any party.

**DATED:** February 17, 2015

| Steven Snyder and Karleen Snyder | CMRE Financial Services, Inc. |
|---|---|
| /s/ *Sergei Lemberg* | /s/ *Steven S. Broadley* |
| Sergei Lemberg, Esq. | Steven S. Broadley, BBO #542305 |
| BBO No.: 650671 | Posternak Blankstein & Lund LLP |
| LEMBERG LAW, LLC | 800 Boylston Street, 33rd Floor |
| 1100 Summer Street, 3rd Floor | Boston, MA 02199 |
| Stamford, CT 06905 | 617-973-6100 |
| (203) 653-2250 | sbroadley@pbl.com |
| Attorney for Plaintiffs | Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 17, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice to the following:

Steven S. Broadley  
Posternak Blankstein & Lund LLP  
800 Boylston Street, 33rd Floor  
Boston, MA 02199  
*Attorney for Defendant*

                                    By  /s/ Sergei Lemberg  
                                        Sergei Lemberg